Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:

ARROW DYNAMICS, INC.

Bankruptcy No. 01-37975 JAB

[Chapter 7]

--ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

XX   A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

___   B   The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 114 | Dustin Brimhall<br>P.O. Box 6291<br>North Logan, UT 84341 | $916.34 |
| 134 | MCC Foam Technologies, LLC<br>P.O. Box 213<br>Tremonton, UT 84337 | $48.24 |
| 148 | Slideways Inc.<br>420 Boston Turnpike, Rt 9<br>Shrewabury, MA 01545 | $409.16 |
| 169 | Spectrum Manufacturing, Inc.<br>P.O. Box 2<br>Hyrum, UT 84319 | $1,862.96 |

| | | |
|---|---|---|
| 176 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>P.O. Box 981268<br>West Sacramento, CA 90640 | $54.25 |
| 181 | Pro Automation<br>2155 South main Street<br>Salt Lake City, UT 84115 | $416.67 |
| 211 | Citicorp Vendor Finance<br>P.O. Box 41647<br>Philadelphia, PA 19101-1647 | $2,607.09 |
| 213 | F&J Steel Fabrication<br>P.O. Box 414<br>150 West Center<br>North Salt Lake, UT 84054 | $1,881.04 |
| 215 | Safety Kleen Corporation<br>P.O. Box 11393<br>Columbia, SC 29211 | $55.21 |
| 217 | Plastic Design & Fabrication<br>2446 South 2570 West<br>West Valley City, UT 84119 | $19.25 |
| 218 | Javelin 3D<br>470 Lawndale Drive<br>Salt Lake City, UT 84115 | $21.13 |
| 219 | Affiliated Industrial Products, Inc.<br>P.O. Box 65342<br>Salt Lake City, UT 84165-0342 | $316.06 |
| 222 | Thesco<br>P.O. Box 1008<br>2424 Wall Avenue<br>Ogden, UT 84402 | $223.79 |
| 232 | Buchanan Ingersoll<br>301 Grant Street, 20th Floor<br>One Oxford Centre<br>Pittsburgh, PA 15219-1410 | $1,194.68 |
| 267 | Metal Shop<br>P.O. Box 346<br>Preston, ID 83263 | $250.18 |

| | | |
|---|---|---|
| 287 | TDS<br>Darla Newell<br>F608 Space Park South<br>Nashville, TN 37211 | $18.21 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: July 15, 2009.

_____
Roger G. Segal, Trustee