UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

Arrow Dynamics, Inc.
P.O.Box 160038
Clearfield, UT 84016-0038
SSN/TIN: 94-2705620
              Debtor(s)

Case No: 01-37975 JAB
Chapter 7

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to F&J Steel Fabrication, in the amount of $1,881.04 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered on 7/17/2009 to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that F and J Steel Fabrication, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of$1,881.04, to:

        F and J Steel Fabrication, Inc.
        C/o Dilks & Knopik, LLC
        PO Box 2728
        Issaquah, WA 98027-0125.

Application submitted by:
Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
Attorney-in-fact for F and J Steel Fabrication, Inc.
PO Box 2728
Issaquah, WA 98027-0125
Ph: (425) 836-5728
Fx: (425) 650-9930
Brian.dilks@dilksknopik.com

                            - end of order -