**The below described is SIGNED.**

**Dated: September 22, 2009**

JUDITH A. BOULDEN
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

Arrow Dynamics, Inc.
H-12 Freeport Center
Clearfield, UT 84016-0038
SSN/TIN: 94-2705620
Debtor(s)

Case No: 01-37975 JAB
Chapter 7

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Buchanan Ingersoll, in the amount of $1,194.68 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered on 7/17/2009 to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Buchanan Ingersoll & Rooney PC C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,194.68, to:

> Buchanan Ingersoll & Rooney PC
> C/o Dilks & Knopik, LLC
> PO Box 2728
> Issaquah, WA 98027-0125.

Application submitted by:
Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
Attorney-in-fact for Buchanan Ingersoll & Rooney PC
PO Box 2728
Issaquah, WA 98027-0125
Ph: (425) 836-5728
Fx: (425) 650-9930
Brian.dilks@dilksknopik.com

- end of order -