**The below described is SIGNED.**

**Dated: November 02, 2009**

*[signature]*

JUDITH A. BOULDEN
U.S. Bankruptcy Judge



___

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF THE STATE OF UTAH

|  |  |
|---|---|
| IN RE: | ) Case No. 01-37975 |
| ARROW DYNAMICS, INC., | )     (Chapter 7) |
|             DEBTOR | ) |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of GE Capital Commercial, Inc. successor to Citicorp Vendor Finance, (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $2,607.09) be paid to it in care of the party whose name appears on the power of attorney (Greg Griffith, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013) attached to the application.

Dated this ___ day of _____, _____.

_____
United States Bankruptcy Judge

Cc: Angie Robson